**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Designer Floor Source, LLC, | ) | No. CV-12-2490-PHX-SMM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Secura Insurance Mutual Company, | ) | |
| Defendant. | ) | |
| | ) | |

Before the Court is the parties' Stipulation for Dismissal with Prejudice. (Doc. 34.) Accordingly,

**IT IS HEREBY ORDERED dismissing with prejudice** any and all claims in this action with each party to bear their respective costs and attorney's fees.

**IT IS FURTHER ORDERED** vacating the Final Pretrial Conference set for **Friday, November 7, 2014, at 1:30 p.m.**

DATED this 26th day of June, 2014.

Stephen M. McNamee
Senior United States District Judge